**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

STRIKE 3 HOLDINGS, LLC,

     Plaintiff,

v.                               Case No: 8:22-cv-1540-CEH-CPT

JOHN DOE subscriber assigned IP
address 97.106.76.105 an individual,

     Defendant.

_____/

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice

of John Doe (Doc. 13).  In accord with Plaintiff's Notice of Voluntary Dismissal

Without Prejudice of John Doe, it is **ORDERED**:

    1)    Plaintiff's claims against Defendant JOHN DOE, subscriber assigned IP

              address 97.106.76.105, an individual, are dismissed, without prejudice.

    2)    The Clerk is directed to terminate any pending motions and deadlines

              and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on September 30, 2022.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record